# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-01448-CJC-KES | Date | November 7, 2023 |
|---|---|---|---|
| Title | Dennis Cooper v. HM Suns Investment, Inc. et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**    (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

It is a plaintiff's responsibility to prosecute the action diligently and respond promptly to Court orders. The Court's Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act states that "a request for default must be filed no later than **5 days after the time the response to the complaint would have been due**." (Dkt. 9 [hereinafter the "Order"] at 2 [emphasis in original].)  The Order further admonishes that "failure to comply with this Order in a particular case will result in a dismissal for lack of prosecution." (*Id.* at 3.)

In this case, Plaintiff served Defendant on October 10, 2023.  (Dkt. 13.) Defendant's answer was therefore due on or before October 31, 2023. (*Id.*) Although more than 5 days have passed since that date, Defendant has not responded to the Complaint and Plaintiff has not filed a request for default.  The Court therefore **DISMISSES** this action for lack of prosecution.

Initials of Deputy Clerk:    rrp